IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GUERRERO,

    Petitioner,               No. CIV S-08-1569 DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner has not signed his petition for writ of habeas corpus. In addition, petitioner has not signed his application to proceed in forma pauperis. To proceed in this action, petitioner is advised that he must sign these documents and any subsequent documents he submits to the court. <u>See</u> Rule 2(c)(5), Rules Governing Section 2254 Cases; 28 U.S.C. § 1915(a).

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an amended petition;

/////

1

1      2. Petitioner's application to proceed in forma pauperis is denied without
2  prejudice;

3      3. Petitioner is granted thirty days from the date of service of this order to file an
4  amended petition that complies with the requirements of the Rules Governing Section 2254
5  Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended
6  petition must be signed, and it must bear the case number assigned to this action and must bear
7  the title "Amended Petition." Petitioner shall also submit, within thirty days from the date of this
8  order, a signed application to proceed in forma pauperis on the form provided by the Clerk of
9  Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will
10 result in a recommendation that this matter be dismissed; and

11     4. The Clerk of the Court is directed to send petitioner the court's form for filing
12 a petition for writ of habeas corpus and the application to proceed in forma pauperis by a
13 prisoner.

14 DATED: July 17, 2008.

                                              /s/ Dale A. Drozd  
                                              DALE A. DROZD  
                                              UNITED STATES MAGISTRATE JUDGE

DAD:9  
guer1569.sign