IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GUERRERO,

      Petitioner,             No. CIV S-08-1569 MCE DAD P

  vs.

D.K. SISTO, Warden,

      Respondent.          ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis in accordance with this court's July 18, 2008 order.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's August 29, 2008 amended habeas petition.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's September 3, 2008 findings and recommendations (Doc. No. 9) are vacated;

2. Petitioner's application to proceed in forma pauperis (Doc. No. 8) is granted;

3. Respondent is directed to file a response to petitioner's August 29, 2008 amended habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's August 29, 2008 amended habeas petition (Doc. No. 7) on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 9, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
guer1569.100

2