IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GUERRERO,

    Petitioner,                      No. CIV S-08-1569 MCE DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed September 9, 2008, respondent was ordered to file, within sixty days, an answer to the instant petition or a motion to dismiss. Although respondent has filed a notice of lodging of state court documents, respondent has not filed an answer to the petition or a motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve an answer to the amended petition for writ of

/////

/////

/////

/////

1

1  habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not
2  be imposed for the failure to file the answer or motion to dismiss timely.
3  DATED: December 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   guer1569.102