IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GUERRERO,

    Petitioner,                    No. CIV S-08-1569 MCE DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        By order filed September 9, 2008, respondent was ordered to file, within sixty days, an answer to the instant petition or a motion to dismiss. Although respondent timely filed a notice of lodging of state court documents, respondent failed to file an answer. Accordingly, on December 19, 2008, the court issued an order to show cause, requiring respondent to file and serve an answer within ten days. On the same day, respondent filed an answer. Good cause appearing, the court will discharge the order to show cause, and respondent's answer will be deemed timely.

        Also pending before the court is petitioner's request for an extension of time to file a traverse. Good cause appearing, petitioner's request will be granted.

1

        Accordingly, IT IS HEREBY ORDERED that:

        1. The court's December 19, 2008 order to show cause (Doc. No. 13) is discharged;

        2. Respondent's December 19, 2008 answer (Doc. No. 14) is deemed timely;

        3. Petitioner's January 27, 2009 request for an extension of time to file a traverse (Doc. No. 16) is granted; and

        4. Petitioner shall file a traverse on or before March 2, 2009.

DATED: February 3, 2009.

                                  _/s/ Dale A. Drozd_____
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
guer1569.111t